Motion GRANTED. Reply to be filed by 2/11/11.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRACIE M. TRUTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:10-1165 |
| | ) | |
| ERIC ESKIOGLU, M.D., | ) | JUDGE TRAUGER |
| | ) | MAGISTRATE JUDGE GRIFFIN |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendant Eric Eskioglu, M.D. hereby moves the Court, pursuant to Local Rule 7.01(b), for permission to file a reply memorandum in support of his motion to dismiss this action pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. In plaintiff's response to the motion to dismiss, she presents matters outside of the complaint for the Court's consideration and makes a number of factual and legal assertions that are not correct. As a result, defendant respectfully requests an opportunity to file a reply to plaintiff's response. Allowing defendant to do so would aid the Court significantly in its adjudication of defendant's motion to dismiss. For those reasons, defendant requests that the Court grant this motion and allow him ten (10) days to file his reply brief.

Respectfully submitted,

/s/ W. Scott Sims
W. Scott Sims (#17563)
WALKER, TIPPS & MALONE PLC
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 313-6000

*Attorneys for Defendant*