**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

TRACIE M. TRUTH,                                )
                                                )
      Plaintiff,                            )
                                                )
v.                                              )      Civil No. 3:10-1165
                                                )      Judge Trauger
ERIC ESKIOGLU, M.D.,                            )
                                                )
      Defendant.                            )

## O R D E R

It is hereby **ORDERED** that a status conference shall be held in Judge Trauger's

chambers on Wednesday, January 18, 2012, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 9th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge